160 So. 548

### Amon ARMSTRONG v. STATE.
### 6 Div. 712.

Supreme Court of Alabama.
March 28, 1935.

J. A. Posey, of Haleyville, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Amon Armstrong for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Armstrong v. State, 160 So. 546.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.